UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA    :

        -v.-    :    18 Cr. 413 (VM)

    EDDIE COTTO,    :

        Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020

       Upon the application of the United States of America, AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Tim Capozzi, Aline R. Flodr, and Emily Johnson, of counsel, for an order precluding the dissemination of material related to a government cooperator ("Cooperator-1") produced pursuant to Title 18, United States Code, Section 3500 ("Cooperator-1 3500 material"), with the consent of defendant EDDIE COTTO (the "defendant") and his defense counsel, it is hereby ORDERED that:

       1.  Defense counsel must destroy or return to the Government all Cooperator-1 3500 material (including all copies), at the conclusion of the sentencing in this matter or when any appeal has become final;

       2.  The defense (including the defendant and defense counsel) is precluded from disseminating any Cooperator-1 3500 material (and any copies) to anyone beyond the defendant, defense counsel, any paralegal or staff employed by the defense, and any court-appointed experts; and

       3.  The defendant himself is precluded from taking any Cooperator-1 3500 material (or any copies) with him into any jail facility, or possessing any Cooperator-1 3500

material in any jail facility, either before, during, or after sentencing; except that the defendant may review Cooperator-1 3500 material when in the presence of defense counsel.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

By: _____          Date:   August 9, 2020
Tim Capozzi
Aline R. Flodr
Emily Johnson
Assistant United States Attorneys

_____          Date:   August 18, 2020
Zachary Margulis-Ohnuma
Victoria Medley
Counsel for Defendant Eddie Cotto

Dated:   New York, New York
         August 21, 2020

_____
Victor Marrero
U.S.D.J.