```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
UNITED STATES OF AMERICA,           :       **18 CR 413 (VM)**
                                    :
         -against-                  :
                                    :       **ORDER**
EDDIE COTTO,                        :
                                    :
                    Defendant.      :
-------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Trial in this matter is currently scheduled to begin on March 22, 2021. In light of the worsening pandemic and Chief Judge McMahon's recent standing order on trial scheduling, (see 20-mc-622, Dkt. No. 3), the Court believes it is unlikely this trial can proceed as scheduled. The Court estimates that the earliest it might be able to proceed with the trial would be in the period of May/June 2021. The Court asks the parties to submit to the Court their availability in this timeframe to facilitate scheduling a new trial date.

**SO ORDERED:**

Dated: New York, New York
       7 January 2021

_____
Victor Marrero
U.S.D.J.