UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                      :

UNITED STATES OF AMERICA          :        <u>PROTECTIVE ORDER</u>

                 -v.-                  :         18 Cr. 413 (JSR)

EDDIE COTTO,                         :

                         Defendant.     :

---------------------------------------------------------------x

       Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Aline R. Flodr, Rebecca T. Dell, and Emily A. Johnson, of counsel, for an order precluding the dissemination of materials produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972), and for good cause shown, and except as set forth in Protective Orders regarding Cooperator-1, Cooperator-2, and the CSs,

       IT IS HEREBY ORDERED that counsel for defendant EDDIE COTTO must destroy or return to the Government all § 3500 and *Giglio* material and any copies thereof for all Government witnesses (the "3500 Material") at the conclusion of the trial of this matter or when any appeal has become final.

       IT IS FURTHER ORDERED THAT the defense is precluded from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except: (1) during Court proceedings at trial, or (2) to show a Government witness a copy of his or her own 3500

Material, should the witness elect to meet with defense counsel before trial.

AGREED AND CONSENTED TO:

      AUDREY STRAUSS
      United States Attorney

      /s/ Rebecca T. Dell

By: _____      Date:  June 15, 2021
      Aline R. Flodr
      Rebecca T. Dell
      Emily A. Johnson
      Assistant United States Attorneys


      _____      Date:  June 15, 2021
      Zachary Margulis-Ohnuma
      Victoria Medley
      Counsel for Defendant Eddie Cotto



Dated: New York, New York
      June ___16___, 2021

                    _____
                    THE HONORABLE JED S. RAKOFF
                    UNITED STATES DISTRICT JUDGE