UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-                            PROTECTIVE ORDER
                                 18 Cr. 413 (JSR)

EDDIE COTTO,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States of America, AUDREY STRAUSS, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Aline R. Flodr, Rebecca T. Dell, and Emily A. Johnson, of counsel, for an order precluding the dissemination of material related to two law enforcement confidential sources ("CS-1" and "CS-2," respectively, and together "CSs"), whose identities are not publicly known, produced pursuant to Title 18, United States Code, Section 3500 and *Giglio* ("CSs 3500 material") in connection with the trial in this matter that is scheduled to begin on July 14, 2021, with the consent of defendant EDDIE COTTO's counsel, and for good cause shown, it is hereby ORDERED that:

        1. Defense counsel must destroy or return to the Government all CSs 3500 material (including all copies), at the conclusion of the sentencing in this matter or when any appeal has become final;

        2. The defense (including the defendant and defense counsel) is precluded from disseminating any CSs 3500 material (and any copies) to anyone beyond the defendant, defense counsel, any paralegal or staff employed by the defense, and any court-appointed experts; and

3. The defendant himself is precluded from taking any CSs 3500 material (or any copies) with him into any jail facility, or possessing any CSs 3500 material in any jail facility, either before, during, or after sentencing; except that the defendant may review CSs 3500 material when in the presence of defense counsel.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney

By:   /s/ Rebecca T. Dell                          Date: June 15, 2021
Aline R. Flodr
Rebecca T. Dell
Emily A. Johnson
Assistant United States Attorneys

*Victoria Nicole Medley*                Date: June 14, 2021
Zachary Margulis-Ohnuma
Victoria Medley
Counsel for Defendant Eddie Cotto


Dated:    New York, New York
            June 16, 2021

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2